**Opinion issued March 14, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-23-00902-CV**

———————————

**TYSON WRIGHT, Appellant**

**V.**

**JENNIFER PERRY, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-32538**

---

**MEMORANDUM OPINION**

The parties filed an Agreed Motion to Dismiss the appeal representing that "all claims and causes of action in this matter between Appellant [Tyson Wright] and Appellee [Jennifer Perry] have been resolved to their satisfaction." No opinion has issued in this appeal. *See* TEX. R. APP. P. 42.1(a)(2).

We grant the parties' joint motion and dismiss the appeal.  *See* TEX. R. APP.

P. 42.1(a)(2), 43.2(f).  We deny all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.